# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2011

141867 & (47)(51)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

UNITED SERVICES AUTOMOBILE
ASSOCIATION,
   Plaintiff-Appellant,

v

MICHIGAN CATASTROPHIC CLAIMS
ASSOCIATION,
   Defendant-Appellee.

SC: 141867
COA: 289579
Washtenaw CC: 08-000397-CZ

_____/

   On order of the Court, the motions for miscellaneous relief are GRANTED. The application for leave to appeal the June 22, 2010 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the June 22, 2010 judgment of the Court of Appeals and we REINSTATE the Washtenaw Circuit Court's order of December 8, 2008, granting summary disposition to the defendant.

   We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2011

_____
Clerk

p0330